**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONIFACIO BARDALES CALVA,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | No. 5:26-06800-MWC-DSR<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: November 25, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE